IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| v. | : | |
| JOSEPH KONRAD | : | |
| | : | NO. 11-15 |

FILED APR 19 2011 MICHAEL E. KUNZ, Clerk, By \_\_\_\_ Dep. Clerk

## ORDER RE REDACTION OF INFORMATION IN CRIMINAL CASE

BY THE COURT:

AND NOW, this 19th day of April, 2011, upon consideration of the Government's sealed Motion for Reconsideration of the Court's Redaction Order (ECF No. 9), it is hereby ORDERED that the Government's Motion is GRANTED. The Court's sealed Order (ECF No. 7), granting Defendant's sealed Motion to Redact Information Pursuant to Rule 49.1 (ECF No. 6), is hereby VACATED. The foregoing motions and orders are hereby UNSEALED.

Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\11-15 U.S. v. Konrad\U.S. v. Konrad 11-15 Motion for Reconsid on Motion to Redact Order.wpd