IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JOSEPH KONRAD | : | NO. 11-15 |

**ORDER**

AND NOW, this 21st day of December, 2011, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

1. Defendant Joseph Konrad shall reimburse to the Clerk of this Court an amount, representing the retainer and any additional legal fees he would have had to pay for private defense counsel to defend him in this case.

2. The Court appoints Carrie Cinquanto, Esquire as Master, and will give Defendant and the government seven (7) days in which to submit any objections to this appointment.

3. Assuming no objections, the Master should consult Felicia Sarner, Esquire as to the background of this case, and consider all relevant factors relating to this specific case, and may inquire of other members of the criminal defense bar, and using those inquiries and her own experience, shall make a recommendation to the Court by January 13, 2012, either as to a specific sum or a range that would be appropriate for reimbursement in this case.

4. The Master will be compensated for her time, on an hourly basis, and her fee will be paid by the Clerk out of the Defendant's reimbursement.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\11-15 U.S. v. Konrad\US v Konrad Order Reimbursement atty fees.wpd