# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **CRIMINAL NO.: 11-15** |
| **JOSEPH KONRAD** : | |

### ORDER

**AND NOW**, this _____ day of _____, 2012, in light of the Defendant's Declaration that he will not make any withdrawals from any of his retirement accounts pending the appeal in this matter, it is hereby **ORDERED** that the Defendant's Motion For A Stay Of The Reimbursement Order Pending Appeal is **GRANTED**. This Court's Order dated February 3, 2012, is hereby **STAYED** pending appeal to the United States Court of Appeals for the Third Circuit.

BY THE COURT:

_____
**THE HONORABLE MICHAEL M. BAYLSON**
**United States District Court Judge**

**CERTIFICATE OF SERVICE**

I, Felicia Sarner, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I served a copy of the attached Proposed Order and Defendant's Declaration regarding the Defendant's Motion For A Stay Of The Reimbursement Order Pending Appeal, electronically through Eastern District Clerk's Office Electronic Case Filing and/or by hand delivery, upon Mary Kay Costello Assistant United States Attorney, to her office located at 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106.

/s/ Felicia Sarner
FELICIA SARNER
Assistant Federal Defender

DATE: February 23, 2012