IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

v.                              :       CRIMINAL NO.: 11-15

JOSEPH KONRAD                   :

## DECLARATION

I, Joseph Konrad, hereby declare that I will not make any withdrawals from any of my retirement accounts while the appeal in the above case is pending.

_____
JOSEPH KONRAD

Notary for Joseph M. Konrad

DATE 2/23/12

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Marie E. Thornton, Notary Public
Abington Twp., Montgomery County
My Commission Expires Jan. 3, 2014
Member, Pennsylvania Association of Notaries